UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cr245

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GERREN EZEKEIL DARTY (5) | ) | |

**THIS MATTER** is before the Court upon the Government's motion to dismiss the Indictment without prejudice, pursuant to Fed. R. Crim. P. 48(a). (Doc. No. 75).

**IT IS ORDERED** that the Government's motion is **GRANTED** and the Indictment in Case No. 3:10cr245 is dismissed without prejudice as to Gerren Ezekeil Darty only.

Signed: March 24, 2011

Robert J. Conrad, Jr.
Chief United States District Judge